IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISON

**AGRISOMPO NORTH AMERICA, INC.**     **PETITIONER**

**VS.**     **CAUSE NO.: 3:22cv51-MPM-RP**

**COLDWATER PLANTING**
**COMPANY, M&W FARMS, LLC, BRAZIL**
**PLANTING COMPANY, PUSHEN &**
**PULLEN FARMS, and WEBB FARMS**     **RESPONDENTS**

## JUDGMENT

For the reasons given in this court's order entered this date, it is hereby ordered and adjudged that this case is dismissed.

This, the 4th day of November, 2022.

        /s/ Michael P Mills.
        UNITED STATES DISTRICT JUDGE
        NORTHERN DISTRICT OF MISSISSIPPI